

**Entered on Docket
August 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
Email: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S 09-16433 LBR |
| ) | Chapter 13 |
| NATHAN NOWERY, ) | |
| ) | Date:   August 12, 2009 |
| Debtor(s). ) | Time:   9:30 a.m. |
| ) | |

**ORDER GRANTING EX-PARTE MOTION FOR FORMAL DISMISSAL
OF CHAPTER 13 CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

The Trustee's "Ex Parte Motion for Formal Dismissal of Chapter 13 Case Pursuant to 11 U.S.C. Section 521(i)" having been set for hearing by this Honorable Court and heard on the date and time above-captioned; Sarah E. Smith, Esq., being present and representing the Chapter 13 Trustee, Kathleen A. Leavitt, and attorney Charles L. Geisendorf, Esq. being present (and waiving his signature on this Order) and representing the Debtor; the Court having read the pleadings and papers on file herein and having heard arguments of counsel;

. . .

**IT IS HEREBY ORDERED** that the Trustee's "Ex Parte Motion for Formal Dismissal of Chapter 13 Case Pursuant to 11 U.S.C. Section 521(i)" is **GRANTED**.

**IT IS FURTHER ORDERED** that the Trustee is allowed $150.00 as and for expenses in the administration of this case.

**IT IS SO ORDERED.**

Submitted by:

/s/     Sarah E. Smith
SARAH E. SMITH, ESQ.
Nevada Bar No. 010762
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Attorney for the Trustee
Dated:         8/18/09
(MJB)

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

( X )    **CHARLES L. GEISENDORF, ESQ. appeared and waived his signature on this Order**

( X )    I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the Order, or failed to respond, as indicated below:

**NO PARTIES APPEARED OTHER THAN THOSE INDICATED ABOVE**

2

###